**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ANDREA LYNETTE RIDEOUT**                                             **PLAINTIFF**

v.                      **CASE NO. 4:14CV00046 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                        **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney have been received, along with the objections thereto. After careful review of the recommended disposition, the objections, and a *de novo* review of the record, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects. Accordingly, plaintiff Andrea Lynette Rideout's request for relief is denied, the decision of the commissioner is affirmed, and this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE